| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JASON DENT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-217
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Jason Dent, a federal prisoner, proceeding *pro se*, brought this lawsuit against the United States of America.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**SIGNED** this the **2** day of **January, 2019.**

_____
Thad Heartfield
United States District Judge